JACOB SOLOMON, Respondent, v. DUNHAM SHIPYARD AND SALES CO., INC., Appellant.—

Wenzel, Acting P. J..

MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.